SCANNED AT STATEVILLE CC and E-mailed
7-15-19 by _AK_ 220 pages
date          initials    No.

# UNITED STATES DISTRICT COURT

### for the

Southern District of Illinois

Caleb Charleston ID# M34856 )
_____ )
_____ )
_____ )        Case Number: 19-764-SMY
          Plaintiff/Petitioner(s)          )                (Clerk's Office will provide)
                    v.                     )
Warden Jones , Wexford Health )        ☐ CIVIL RIGHTS COMPLAINT
Source Inc. , et al. )        pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ )        ☐ CIVIL RIGHTS COMPLAINT
_____ )        pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )        ☐ CIVIL COMPLAINT
          Defendant/Respondent(s)          )        pursuant to the Federal Tort Claims Act,
                                           )        28 U.S.C. §§1346, 2671-2680, or other law

I.    **JURISDICTION**

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement. Caleb Charleston ID# M34856
      Stateville Correctional Center
      P.O. Box 112
      Joliet, IL 60434

**Defendant #1:**

B.    Defendant _____ Jones _____ is employed as
                (a)    (Name of First Defendant)

      _____ Warden _____
                (b)         (Position/Title)

      with Menard Correctional Center
                (c)    (Employer's Name and Address)

      711 Kaskaskia St Menard, IL 62259

      At the time the claim(s) alleged this complaint arose, was Defendant #1
      employed by the state, local, or federal government?  ☒ Yes   ☐ No

      If your answer is YES, briefly explain: He worked in Menard C.C. as a
      Warden.

**Defendant #2:**

C.    Defendant _J. SHOENVECK_ is employed as

(Name of Second Defendant)

_LIEUTENANT_

(Position/Title)

with _MENARD CORRECTIONAl Center_

(Employer's Name and Address)

_711 KASKASKIA St MENARD, IL 62259_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain: HE WORKED AS A L.T. ON 7 TO 3 SHIFT IN MENARD C.C.

**Additional Defendant(s) (if any):**

DEFENDANT #3 ;

D.    Using the outline set forth above, identify any additional Defendant(s).

DEFENDANT _WESTERMAN IS EMPLOYED AS_

_CORRECTIONAl OFFICER_

WITH _MENARD CORRECTIONAl Center_

_711 KASKASKIA St MENARD, IL 62259_

AT THE TIME THE CLAIM(S) ALLEGED IN THIS COMPLAINT AROSE, WAS DEFENDANT #3 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT? ☒ YES ☐ NO

IF YOU ANSWER, IS YES, BRIEFLY EXPLAIN: SHE WORKED AS A C/O ON 7 TO 3 SHIFT IN MENARD C.C.

DEFENDANT # 4

DEFENDANT __WOOLEY__ IS EMPLOYED AS
__CORRECTIONAL OFFICER / INTERNAL AFFAIRS__
WITH __MENARD CORRECTIONAL CENTER 711 KASKASKIA St__
__MENARD, IL 62259__
AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS
DEFENDANT#4 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL
GOVERNMENT ☒ YES ☐ NO
IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN: SHE WORKED 7to3
SHIFT IN MENARD C.C. AS A C/O/I.A.

DEFENDANT # 5

DEFENDANT __McCALEB__ IS EMPLOYED AS
__CORRECTIONAL OFFICER__
WITH __MENARD CORRECTIONAL CENTER 711 KASKASKIA St__
__MENARD, IL 62259__
AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS
DEFENDANT#5 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL
GOVERNMENT ☒ YES ☐ NO
IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN: HE WORKED
7to3 SHIFT IN MENARD C.C. AS A C/O.

DEFENDANT#6

DEFENDANT __CARON__ IS EMPLOYED AS

WITH MENARD CORRECTIONAL CENTER, 711 KASKASKIA St

MENARD, IL 62259

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT #6 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL

GOVERNMENT ☒ YES ☐ NO

IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN : HE WORKED 7 to 3

SHIFT IN MENARD C.C. AS A C/O.


DEFENDANT #7

DEFENDANT GARDNER IS EMPLOYED AS

CORRECTIONAL OFFICER / INTERNAL AFFAIRS

WITH MENARD CORRECTIONAL CENTER, 711 KASKASKIA St

MENARD, IL 62259

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT #7 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL

GOVERNMENT ☒ YES ☐ NO

IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN : HE WORKED 7 to 3

SHIFT IN MENARD C.C. AS A C/O.


DEFENDANT #8

DEFENDANT SHAUN GEE IS EMPLOYED AS

CORRECTIONAL OFFICER, / INTERNAL AFFAIRS

WITH MENARD CORRECTIONAL CENTER, 711 KASKASKIA St

MENARD, IL 62259

DEFENDANT #8 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT
[X] YES [ ] NO
IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN: HE WORKED 7 to 3
SHIFT IN MENARD C.C. AS A C/O.

DEFENDANT #9
DEFENDANT HEATHER MCGEE IS EMPLOYED AS
NURSE
WITH WEXFORD HEALTH SOURCE INC.
AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS
DEFENDANT #9 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT
[X] YES [ ] NO
IF YOUR ANSWER IS YES, BRIEFLY EXPLAIN: SHE WORKED AS A
NURSE AT MENARD C.C.

DEFENDANT #10
DEFENDANT JOHN DOE #1 IS EMPLOYED AS
LIEUTENANT
WITH MENARD CORRECTIONAL CENTER, 711 KASKASKIA St MENARD
IL 62259
AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS
DEFENDANT #10 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT
[X] YES [ ] NO
IF YOUR ANSWER IS YES BRIEFLY EXPLAIN: HE WORKED 7 to 3 SHIFT IN
MENARD C.C. AS A LIEUTENANT

DEFENDANT #11

DEFENDANT ___JOHN DOE #2___ IS EMPLOYED AS

___SERGEANT___

WITH ___MENARD CORRECTIONAL CENTER, 711 KASKASKIA st MENARD, IL 62259___

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS DEFENDANT #11 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT ☒ YES ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 to 3 SHIFT IN MENARD C.C. AS A SERGEANT.

DEFENDANT #12

DEFENDANT ___JOHN DOE #3___ IS EMPLOYED AS

___CORRECTIONAL OFFICER___

WITH ___MENARD CORRECTIONAL CENTER, 711 KASKASKIA St MENARD IL 62259___

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS DEFENDANT #12 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT ☒ YES ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 to 3 SHIFT IN MENARD C.C. AS A C/O.

DEFENDANT #13

DEFENDANT ___JOHN DOE #4___ IS EMPLOYED AS

with MENARD CORRECTIONAL CENTER, 711 KASKASKIA St MENARD IL 62259

At THE TIME THE CLAIMS Alleged THIS Complaint AROSE, WAS DEFENDANT #13 EMPLOYED BY THE State, LOCAL, OR FEDERAL GOVERNMENT ☒ yes ☐ NO

IF YOUR ANSWER IS yes BRIEFLY EXPLAIN: HE WORKED 7 to 3 SHIFT IN MENARD C.C. AS A C/O.

DEFENDANT #14

DEFENDANT JOHN DOE #5 IS EMPLOYED AS

CORRECTIONAL OFFICER

WITH MENARD CORRECTIONAL CENTER, 711 KASKASKIA St MENARD IL 62259

At THE TIME THE CLAIMS Alleged THIS Complaint AROSE, WAS DEFENDANT #14 EMPLOYED BY THE State, LOCAL, OR FEDERAL GOVERNMENT ☒ yes ☐ NO

IF YOUR ANSWER IS yes BRIEFLY EXPLAIN: HE WORKED 7 to 3 SHIFT IN MENARD C.C. AS A C/O.

DEFENDANT #15

DEFENDANT JOHN DOE #6 IS EMPLOYED AS

LIEUTENANT

WITH MENARD CORRECTIONAL CENTER, 711 KASKASKIA St MENARD, IL 62259

At THE TIME THE CLAIMS Alleged THIS COMPLAINT AROSE, WAS DEFENDANT

☒ YES   ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 TO 3
SHIFT IN MENARD C.C. AS A ~~███~~ L.T.

## DEFENDANT # 16

DEFENDANT  JOHN DOE # 7  IS EMPLOYED AS

LIEUTENANT

WITH MENARD CORRECTIONAL CENTER , 711 KASKASKIA St MENARD

IL 62259

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT # 16 EMPLOYED BY THE STATE , LOCAL , OR FEDERAL GOVERNMENT

☒ YES ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 TO 3
SHIFT IN MENARD C.C. AS A L.T.

## DEFENDANT # 17

DEFENDANT  JOHN DOE # 8  IS EMPLOYED AS

CORRECTIONAL OFFICER

WITH MENARD CORRECTIONAL CENTER , 711 KASKASKIA St MENARD ,

IL 62259

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT # 17 EMPLOYED BY THE STATE , LOCAL , OR FEDERAL GOVERNMENT

☒ YES ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 TO 3 SHIFT

IN MENARD C.C. AS A C/O

DEFENDANT #18

DEFENDANT __JOHN DOE #9__ IS EMPLOYED AS

__CORRECTIONAL OFFICER__

WITH __MENARD CORRECTIONAL CENTER, 711 KASKASKIA__ St __MENARD__

__IL 62259__

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT #18 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT

[X] YES [ ] NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 TO 3 SHIFT

IN MENARD C.C. AS A C/O.


DEFENDANT #19

DEFENDANT __JOHN DOE #10__ IS EMPLOYED AS

__CORRECTIONAL OFFICER__

WITH __MENARD CORRECTIONAL CENTER, 711 KASKASKIA__ St __MENARD__

__IL 62259__

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT #19 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT

[X] YES [ ] NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 TO 3 SHIFT

IN MENARD C.C. AS A C/O.


DEFENDANT #20

DEFENDANT __JOHN DOE #11__ IS EMPLOYED AS

With WEXFORD HEALTH SOURCE INC. / MENARD CORRECTIONAL CENTER

711 KASKASKIA St MENARD, IL 62259

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT #20 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL

GOVERNMENT  ☒ YES  ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : SHE WORKED

7 TO 3 SHIFT IN MENARD C.C. AS MENTAL HEALTH.

DEFENDANT #21

DEFENDANT JOHN DOE #12 IS EMPLOYED AS

CORRECTIONAL OFFICER

With MENARD CORRECTIONAL CENTER, 711 KASKASKIA St MENARD

IL 62259

AT THE TIME THE CLAIMS ALLEGED THIS COMPLAINT AROSE, WAS

DEFENDANT #21 EMPLOYED BY THE STATE, LOCAL, OR FEDERAL GOVERNMENT

☒ YES  ☐ NO

IF YOUR ANSWER IS YES BRIEFLY EXPLAIN : HE WORKED 7 TO 3

SHIFT IN MENARD C.C. AS A C/O.

II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?                                    ☒ Yes    ☐ No

B.    If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

1.    Parties to previous lawsuits:
Plaintiff(s):


Defendant(s):


2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):


7.    Approximate date of filing lawsuit:

8.    Approximate date of disposition:

II PREVIOUS LAWSUITS

A. HAVE YOU BEGUN ANY OTHER LAWSUITS IN STATE OR FEDERAL COURT RELATING TO YOUR IMPRISONMENT?   ☒ YES  ☐ NO

B. IF YOUR ANSWER TO "A" IS YES DESCRIBE EACH LAWSUIT THE SPACE BELOW. IF THERE IS MORE THAN ONE LAWSUIT, YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER SHEET OF PAPER USING THE SAME OUTLINE. FAILURE TO COMPLY WITH THIS PROVISION MAY RESULT IN SUMMARY DENIAL OF YOUR COMPLAINT.

① PARTIES TO PREVIOUS LAWSUITS:
PLAINTIFF : LAIER CHARLESTON

DEFENDANT : CHICAGO POLICE DEPARTMENT ET, AL.

② COURT (IF FEDERAL COURT, NAME OF THE DISTRICT; IF STATE COURT NAME OF THE COUNTY): COOK COUNTY CHANCERY COURT i
③ DOCKET NUMBER : 2018-CH-14059
④ NAME OF JUDGE TO WHOM CASE WAS ASSIGNED : ALLEN, THOMAS R.
⑤ TYPE OF CASE (FOR EXAMPLE: WAS IT A HABEAS CORPUS OR CIVIL RIGHTS ACTION?): GENERAL CHANCERY FOIA LAWSUIT.
⑥ DISPOSITION OF CASE : IT WAS DISMISSED.
⑦ APPROXIMATE DATE OF FILING LAWSUIT : 11/9/18
⑧ APPROXIMATE DATE OF DISPOSITION : 5/16/19
⑨ WAS THE CASE DISMISSED AS BEING FRIVOLOUS, MALICIOUS, OR FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, AND/OR DID THE COURT TELL YOU THAT YOU RECEIVED A "STRIKE": THIS CASE WAS VOLUNTARILY WITHDRAWN AND THERE WAS NO STRIKE GIVEN.

PREVIOUS LAWSUITS

① PARTIES TO PREVIOUS LAWSUITS:
PLAINTIFF: CALEB CHARLESTON

DEFENDANT: KIMBERLY M. FOXX STATES ATTORNEY, ET AL

② COURT (IF FEDERAL COURT, NAME OF THE DISTRICT; IF STATE COURT
NAME OF THE COUNTY): COOK COUNTY CHANCERY COURT
③ DOCKET NUMBER: 2018-CH-15276
④ NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: DEMACOPOULOS,
ANNA HELEN
⑤ TYPE OF CASE (FOR EXAMPLE: WAS IT A HABEAS CORPUS OR CIVIL
RIGHTS ACTION?): GENERAL CHANCERY FOIA LAWSUIT
⑥ DISPOSITION OF CASE: STILL PENDING
⑦ APPROXIMATE DATE OF FILING LAWSUIT: 12/10/18
⑧ APPROXIMATE DATE OF DISPOSITION:

① PARTIES TO PREVIOUS LAWSUITS:
PLAINTIFF: CALEB CHARLESTON

DEFENDANT: I.D.O.C

② COURT (IF FEDERAL COURT, NAME OF THE DISTRICT; IF STATE COURT
NAME OF THE COUNTY): SANGAMON COUNTY CHANCERY DIVISION
③ DOCKET NUMBER: 2018-MR00957
④ NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: BRAUD RUDOLPH
⑤ TYPE OF CASE: FOIA LAWSUIT
⑥ DISPOSITION OF CASE: STILL PENDING
⑦ APPROXIMATE DATE OF FILING LAWSUIT: 12/10/18
⑧ APPROXIMATE DATE OF DISPOSITION:

PREVIOUS LAWSUITS

① PARTIES TO PREVIOUS LAWSUITS: ▓▓▓▓▓▓
  PLAINTIFF: SHENTEK ET AL,

  DEFENDANT: SHERIFF OF COOK COUNTY ET AL,

② COURT (IF FEDERAL COURT, NAME OF THE DISTRICT; IF STATE COURT NAME OF THE COUNTY):
③ DOCKET NUMBER: CASE No. 09-CV-529
④ NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
⑤ TYPE OF CASE: CLASS ACTION LAWSUIT FOR INADEQUATE DENTAL/ MEDICAL TREATMENT IN THE COOK COUNTY JAIL.
⑥ DISPOSITION OF CASE: PARTIES SETTLED
⑦ APPROXIMATE DATE OF FILING LAWSUIT:
⑧ APPROXIMATE DATE OF DISPOSITION:


① PARTIES TO PREVIOUS LAWSUITS: ▓▓▓▓▓
  PLAINTIFF: YOUNG ET AL,

  DEFENDANT: COOK COUNTY SHERIFF ET AL

② COURT (IF FEDERAL COURT, NAME OF THE DISTRICT; IF STATE COURT NAME OF THE COUNTY):
③ DOCKET NUMBER: N/A
④ NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: N/A
⑤ TYPE OF CASE: CLASS ACTION LAWSUIT FOR BEING STRIP SEARCHED IN COOK COUNTY JAIL.
⑥ DISPOSITION OF CASE: PARTIES SETTLED
⑦ APPROXIMATE DATE OF FILING LAWSUIT: N/A
⑧ APPROXIMATE DATE OF DISPOSITION: N/A

I DID NOT FILE THIS CLASS ACTION LAWSUIT BUT I QUALIFIED

FOR IT AND I'VE RECIEVED 3 SEPARATE PAYMENTS OVER THE

LAST 10 YEAR. I DO NOT HAVE THE ABOVE INFORMATION. BUT

YES I WAS ISSUED 3 CHECKS FOR THE ABOVE SETTLEMENT.

III.   **GRIEVANCE PROCEDURE**

A.   Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?

☒ Yes    ☐ No

C.   If your answer is YES,
1.   What steps did you take? I SENT MULTIPLE GRIEVANCES THROUGH PONTIAC GRIEVANCES PROCESS. ALSO I SENT MULTIPLE GRIEVANCES STRAIGHT TO THE A.R.B., AND SINCE BEING HERE IN STATEVILLE I SENT COPIES OF THE GRIEVANCE THROUGH THE PROCESS HERE.

2.   What was the result? I NEVER RECIEVED ANY RESPONSE FROM PONTIAC. THE A.R.B. CLAIMED TO HAVE ONLY RECIEVED ONE MY GRIEVANCES CONCERNING THIS CLAIM AT HAND. THEN THEY SAID I MISDIRECTED MY GRIEVANCE TO THEM. AND MY MOST RECENT RESPOND FROM THE A.R.B WAS THAT MY GRIEVANCE WAS NOT SUBMITTED IN TIME. AND STATEVILLE GRIEVANCE OFFICER RESPONSE TO MY GRIEVANCE WAS THE SAME.

D.   If your answer is NO, explain why not.


E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?

☐ Yes    ☐ No

F.   If your answer is YES,
1.   What steps did you take?



2.   What was the result?



G.   If your answer is NO, explain why not.


H.   Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV.   **STATEMENT OF CLAIM**

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

IV. Statement of Claim

A. Failure to Protect / Deliberate Indifference

① On 9.6.17 around 11:00 am while in Menard Correctional Center, I was housed in the Northuppers Cell House on 7 Gallery. And on the above date I went to yard "Westyard#1" with 7 Gallery and the following took place.

② On the above Date and time frame myself amoung other inmates from 7 Gallery were leaving the Northuppers Cell House to go to yard. The Cell House Lieutenant /L.T. "John Doe#1", Sergeant/Sgt "John Doe#2", 7&5 Gallery C/o "John Doe#3", 8&6 Gallery "John Doe#4" and the Door C/o "John Doe#5" All Failed to Search/Shakedown me or any other inmate from 7 Gallery that was on there way to yard.

③ After leaving out the Northuppers Cell House for yard the Boulevard Lieutenant/L.T. "John Doe#6" also Failed to make sure inmates from 7 Gallery got Searched/Shakedown Before going to yard "West Yard#1".

④ I went to West Yard#1 with the Rest of 7 Gallery. Now while on the yard I was approached by multiple inmates, and these inmates began to threaten me. These inmates told me they were going to beat my ass and stab me if I did'int leave from off the yard.

⑤ AFTER I WAS THREATEN I WENT TO THE GATE BY THE GYM ROOM WHERE I INFORMED THE GYM ROOM LIEUTENANT/L.T. "JOHN DOE #7" BOTH C/O'S THAT WAS WORKING IN THE GYM ROOM ALSO "JOHN DOE #8" & "JOHN DOE# AND A MOVEMENT C/O THAT WAS THERE AT THE GYM "JOHN DOE #10". I TOLD THE ABOVE L.T. AND C/O'S THAT MULTIPLE INMATES HAD SHANKS AND WERE THREATENING TO ATTACK ME, BEAT MY ASS & STAB ME IF I DIDN'T GET OFF THE YARD. I ALSO TOLD THEM THAT I DIDN'T FEEL SAFE ON THAT YARD AND WANTED TO GET OFF THE YARD.

⑥ THE L.T. "JOHN DOE #7" AND C/O'S "JOHN DOE #8", "JOHN DOE #9" AND "JOHN DOE #10" LAUGHED AT ME AND TOLD ME TO GET OFF THE GATE BEFORE THEY WRITE ME A TICKET. THEY ALSO TAUNTED ME WITH RACIST SLUR'S AND GAY SLUR'S "NIGGER & FAGGOT". AFTER THE TAUNTING THEY COMPLETELY DISREGARDED MY PLEA TO GET OFF THE YARD AND SHOWED NO CONCERN FOR MY SAFETY. THE L.T. "JOHN DOE #7" THEN GAVE ME A DIRECT ORDER TO GET AWAY FROM THE GATE.

⑦ AFTER THAT DIRECT ORDER, I WENT TO GET IN LINE FOR THE PHONE SO I COULD CALL FOR HELP. WITHIN A FEW MOMENTS OF STANDING BY THE PHONES, I WAS ATTACKED FROM BEHIND BY MULTIPLE INMATES. I WAS PUNCHED, KICKED AND STABBED. I YELLED FOR HELP CONTINOUSLY THROUGHOUT THE ATTACK.

⑧ L.T. "JOHN DOE #7" AND C/O'S "JOHN DOE #8", "JOHN DOE #9" AND "JOHN DOE #10" STOOD AT THE GATE AND ... ...

(9) ALSO DURING THIS ATTACK THE GUNTOWER CLOSEST TO WEST YARD #1 C/O LET OFF MULTIPLE GUNSHOTS. AND ONCE THE "10,10" WAS CALLED MULTIPLE C/O'S, SGT's L.T.'s, WARDEN JONES & WARDEN LASHBROOKE ALL WATCH AS MULTIPLE INMATES WERE ATTACKED & STABBED. THEY ALL WATCHED FROM BEHIND THE GATE AS I WAS STABBED AND 4 OTHER INMATES WERE STABBED.

(10) FOR ALL THE ABOVE REASONS MENARD CORRECTIONAL CENTER STAFF MEMBER FAILED TO PROTECT ME EVEN AFTER I INFORMED THEM THAT I WAS IN DANGER AND DID'NT FEEL SAFE ON THE YARD.

(11) NOW WHEN I WAS AT THE GATE WAITING TO BE HANDCUFFED AND ESCORTED OFF THE YARD AFTER I WAS ATTACKED, I INFORMED C/O WESTERMAN, L.T. SHOENVECK, AND WARDEN JONES THAT I HAD BEEN STABBED IN MY RIGHT ARM AND COULD'NT MOVE IT. I ALSO ASKED THEM COULD THEY USE 2 HANDCUFFS, WARDEN JONES THEN INSTRUCTED C/O WESTERMAN TO CUFF ME EXTRA TIGHT, WESTERMAN FORCED MY INJURED ARM BEHIND MY BACK USING EXCESSIVE FORCE TWISTING MY ARM THEN APPLYING THE RESTRAITS/HANDCUFFS AROUND MY WRISTS SO TIGHT THAT IT CUT BLOOD CIRCULATION AND CAUSED ME MORE PAIN TO MY ARM, HANDS, AND WRISTS. AND ALSO CAUSED EXCESSIVE BLEEDING FROM MY STAB WOUND.

(12) I WAS ESCORTED OFF THE YARD TO HEALTH CARE WHERE I WAS TEND TO BY NURSE HEATHER MCGEE. NURSE MCGEE CLEANED MY WOUND AND PUT A SMALL BANDAGE OVER MY PUNCTURE WOUND/STAB WOUND. WHILE NURSE

WAS DOING ALL THIS MY WOUND NEVER STOPPED BLEEDING AND I INFORMED HER OF THIS OBVIOUS FACT, I AISO INFORMED HER ABOUT THE PAIN I WAS IN FROM THE STABBING.

(13) NURSE HEATHER MCGEE THEN TOLD ME THERE WAS NOTHING EXE SHE COULD DO FOR ME. I THEN ASKED FOR PAIN MEDICINE AND SHE TOLD ME SHE COULD NOT GIVE ME ANYTHING FOR MY PAIN. I THEN TOLD I.A. C/O WOOLEY WHO WAS IN THE ROOM WITH US THAT MY ARM WOULD'NT STOP BLEEDING AND THAT I WAS IN EXTREME PAIN, I ASKED HER COULD SHE GET ME ADEQUATE MEDICAL TREATMENT. C/O WOOLEY TOLD ME THAT IT WAS NOT HER JOB TO GET ME MEDICAL TREATMENT, AND THAT SHE WAS ONLY THERE TO TAKE PICTURES OF ME, MY INJURY'S AND BLOODY CLOTHES LEAVING HEALTH CARE MY ARM WAS STILL BLEEDING, BLOOD ROLLING DOWN MY ARM. I NEVER RECIEVED ANY PAIN MEDICINE NOR DID I SEE A DOCTOR.

(14) I WAS THEN PLACED IN SEGREGATION AND I THEN COMPLAINED AND INFORMED C/O MCCALEB AND C/O CARON THAT I COULD'NT MOVE MY ARM I SHOWED THEM HOW MY PUNCTURE WOUND IN MY ARM WAS BLEEDING EXCESSIVELY AND THAT I WAS IN SEVERE PAIN AND NEEDED TO SEE A MED TECH. MY REQUEST WAS FOR MEDICAL ATTENTION WAS IGNORED BY BOTH MCCALEB AND CARON.

(15) I THEN INFORMED A MENTAL HEALTH STAFF MEMBER "JANE DOE#11" THAT I NEEDED MEDICAL ATTENTION. I TOLD HER THIS WHEN SHE EVALUATED ME TO BE PLACE IN SEGREGATION SHE ALSO IGNORED MY REQUEST FOR MEDICAL ATTENTION.

(16) AT AROUND 2p.M. I WAS TAKEN TO BE INTERVIEWED BY I.A. C/O GARDNER AND I REPEATEDLY REQUESTED MEDICAL ATTENTION. I WAS HANDCUFFED HANDS BEHIND MY BACK AND CUFFED TO MY SEAT. I SHOWED HIM THE BLOOD RUNNING DOWN MY ARM AND I TOLD HIM I WAS IN EXTREME PAIN FROM BEING STABBED. AT THE END OF OUR INTERVIEW HE TOOK ME BACK TO MY CELL IGNORING AND DENYING MY REQUE FOR MEDICAL ATTENTION.

(17) THE NEXT DAY 9.7.17 I INFORMED C/O McCALEB AND 2Galley C/O IN NORTH 2 CELL HOUSE "JOHN DOE#12" THAT I NEEDED MEDICAL ATTENTION. THEY BOTH REFUSED TO GET ME MEDICAL ATTENTION.

(18) LATER ON DOING THE WEEK I WAS INTERVIEWED BY I.A. C/O SHAUN GEE AND I.A. C/O WOOLEY. I IMMEDIATELY ASKED FOR MEDICAL ATTENTION FOR THE CONTINOUS PAIN, BLEEDING AND LACK OF MOVEMENT ON MY RIGHT ARM. THEY BOTH DENIED MY REQUEST FOR MEDICAL ATTENTION.

(19)   FROM 9.6.17 TO 9.15.17 WHILE IN MENARD FOR ALL OF THE ABOVE FACTS/REASONS MENARD CORRECTIONAL CENTER/IDOC STAFF MEMBERS FAILED TO PROTECT ME, AND SHOWED DELIBERATE INDIFFERENCE WHICH VIOLATED MY EIGHT AMENDMENT BECAUSE I WAS SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT

(20)   DO TO THE FAILURE TO PROTECT & DELIBERATE INDIFFERENCE I SUFFER FROM EXTREME PAIN IN MY RIGHT ARM FROM BEING STABBED ON 9.6.17 AND FOR NOT RECEIVING ADEQUATE MEDICAL TREATMENT WHILE IN MENARD CORRECTIONAL CENTER. ALSO SINCE I WAS ATTACKED ON 9.6.17 I SUFFER FROM ANXIETY AN LACK OF SLEEP FROM THAT TRAUMATIZING 9 DAYS "9.6.17 - 9.15.17" IN MENARD C.C..

## V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

THE PLAINTIFF REQUEST $100,000 COMPENSATORY DAMAGES TO EACH DEFENDANT IN THEIR "INDIVIDUAL CAPACITY"

THE PLAINTIFF REQUEST $100,000 PUNITIVE DAMAGES TO EACH DEFENDANT IN THEIR "INDIVIDUAL CAPACITY".

I THE PLAINTIFF REQUEST TO BE PAID $100,000 FOR MY CONSTITUTIONAL RIGHTS BEING VIOLATED.

ALSO I REQUEST THAT THE DEFENDANTS PAY FOR ALL LEGAL COST/FEES

## VI.   JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _7.11.19_
       (date)

_STATEVILLE C.C. P.O. BOX 112_
       Street Address

_JOLIET, IL 60434_
       City, State, Zip

_Caleb Charleston_
       Signature of Plaintiff

_CALEB CHARLESTON_
       Printed Name

_M34856_
       Prisoner Register Number

_____
       Signature of Attorney (if any)

EXHIBIT # FRONT & BACK

DEPARTAMENTO DE CORRECCIONES DE ILLINOIS
**QUEJA DEL DELINCUENTE**

DTS4

| Fecha: 9/29/17 | Delincuente: (Sirvase imprimir) Caleb Charleston | | ID#: M34854 |
|---|---|---|---|
| Instalacion actual: PONTIAC | | Instalaciones donde reclamo ocurria: | MENARD |

**NATURALEZA DE LA QUEJA:**

☐ Bienes personales
☒ Conducta personal
☐ Denegacion de transferencia por servicio

☐ Manejo de correo
☐ Dieteticos
☐ Denegacion de transferencia por el Coordinador de transferencia

☐ La restauracion de tiempo bueno
☒ Tratamiento medico

☐ Alojamiento de ADA Disability
☐ HIPAA
☐ Otro (especifique):

STATE... PARD...
NOV 0 1 2013
GRIEVANCE
OFFICE

☐ Informe disciplinario: _____ Fecha de Informe    Instalaciones donde emitio: ___ HDU

Nota:  las negaciones de custodia preventive pueden ser lloraron inmediatamente a traves de la administracion local en la notificacion del estado de custodia protectora..

Completo: Adjuntar una copia de cualquier documento pertinente (por ejemplo, un informe disciplinario, registro de Renault, etc.) y enviar a:
Consejero, a menos que el tema implica la disciplina, se considera una emergencia o esta sujeto a revision directa por la Junta de revision administrativa.
Queja oficial, solo al la cuestion implica la disciplina en la instalacion actual o la cuestion no resuelta por el consejero.
Oficial Administrativo Jefe, solo al la EMERGENCIA reclamo.
Junta de revision administrativa, solo al la cuestion implica transferencia negative por el Coordinador de transferencia, custodia preventive, administracion involuntaria de drogas psicotropicas, cuestiones de otra instalacion excepto bienes personales cuestiones o problemas no resueltos por el oficial administrativo jefe.

El resumen del Agravio (Proporcionan la informacion incluso una descripcion de lo que paso, cuando y donde paso, y el nombre o informacion que se identifica para cada implicado): ON 9/6/17 AT 11:10 AM I WAS IN MENARD C.C.
ON WEST YARD #1 WHEN A PHYSICAL ALTERCATION TOOK PLACE ON WEST YARD #1
AND WHILE THAT WAS TAKING PLACE I WAS STABBED IN MY RIGHT ARM AND
CUT ON MY LEFT ARM BY AN INMATE WITH SOME TYPE OF METAL SHANK
AND DURING THE TIME OF ME BEING STABBED THE GYM L.T. (JOHN N
AND 3 C/O's (All JOHN DOES) CAME TO WEST YARD #1 GATE AND WATCHED AS ME
AND MULTIPLE INMATES WAS PHYSICALLY ASSAULTED AND STABBED ON

El Alivio Pedido: _____

_____

☐ Solo comprobar al se trata de un reclamo de EMERGENCIA debido a un riesgo sustancial de inminente lesiones personales o otros graves o irreparables danan a si mismo.

OCT 10 2017
ADMINISTRATIVE
REV...

_____    _____    _____
Firma del delincuente      ID#        Fecha

(Seguir en reverso, si es necesario)

---

**Respuesta del consejero (si procede)**

Fecha Recibido: ___/___/___

☐ Enviar directamente al reclamo oficial    ☐ Fuera de competencia de esta instalacion. Enviar a Junta de revision administrativa, P.O. Box 19277, Springfield, IL 62794-9277

Respuesta:  A copy of your grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the Grievance Office DO NOT send your copy to the HCU or the Grievance Officer. You will receive a final response when the HCU responds to same.

M. Williams                    M. L             6/5/18
Imprimir/nombre del Consejero    Firma del consejero    Fecha de respuesta

---

**REVISION DE EMERGENCIA**

Fecha Recibido: ___/___/___

Esto determina que es un character de emergencia?

☐ Si; acelerar la queja de emergencia

☐ No; una situacion de emergencia no es justificado. Delincuente debe presentar esta queja de la manera normal.

_____    _____
Firma del oficial Administrativo Jefe      Fecha

DEPARTAMENTO DE CORRECCIONES DE ILLINOIS
QUEJA DEL DELINCUENTE (Continuo)

WEST YARD #1.

After I was Place In Seg The same day under Investication (North 2 cell 229) I told c/o McFates c/o Caron I.A. c/o Gardner and The Mental Health Lady (Jane Doe) That I Interviewed Me When I was Being Processed Into Seg All on 7 to 3 shift on The Above Date That I needed Additional Medical Treatment For The Puncture Wound In My Right Because It had Began To Bleed Progressively Also Because My Arm had Stiffened up to The Point Where I Couldn't Move It And The Extreme Pain I was Experiencing From My Injury. They never Got Me any Medical Attention. The Next Day 9/7/17 I told every c/o That work 2 Ballery/In Seg on every shift That I need Medical Attention I also told The Nurse's on every shift (All Jane Does) That Came on 2 gallery That I was Experiencing Alot of Pain And That I Couldn't Move Arm Do To The Puncture Wound In My Right Arm And neither The c/o's or The Nurse's Assited Me or Gave Me any Type of Medical Treatment. I was In Menard Seg From 9/6/17 to 9/15/17 And never Recieved any Additional Medical Treatment or Medical Attention, And Due To This I suffered From Extreme Bleeding, Numbness, Swelling and Discoloration and Still Suffering From ongoing Sharp Pain.

RELIEF REQUESTED: Further Action At A Later Day. Also I would Like All Video Recordings of West Yard #1 on 9/6/17 From 11:00 AM To 11:30 AM Preserved And I would Like For The Pictures I.A. c/o Wooley Took of Me My Injury's And My Bloody Clothes To Be Preserved.

EXHIBIT #2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: <u>Charleston</u>                    <u>Caleb</u>                         <u>M34856</u>
           Last Name             First Name         MI     ID#

Facility: <u>Pontiac</u>

☒ Grievance: Facility Grievance # (if applicable) <u>Not provided</u>   Dated: <u>9/29/2017</u>   or ☐ Correspondence: Dated: _____

Received: <u>10/10/2017</u>   Regarding: <u>Medical – did not receive appropriate medical attention to injuries received 9/6/17 @ Menard</u>
     Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
                                   Office of Inmate Issues
                                   1301 Concordia Court, Springfield, IL  62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☒ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Administrative Transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                  Date

☐ No justification provided for additional consideration.

---

Other (specify): <u>Medical issues to be reviewed at current facility prior to submission to ARB.</u>

Completed by: <u>Ann Lahr</u>                                           <u>10/16/2017</u>
              Print Name                                   Signature                   Date

EXHIBIT # 5

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 6/1/18           **Date of Review:** 11/15/18           **Grievance #** 4077

**Committed Person:** Caleb Charleston                                    **ID #:** M34856

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant claims on a grievance written 9/29/17 that while at Menard on the yard he was cut by another offender with a metal shank. He wants all the evidence preserved and stated he never received medical attention.

Grievance Office can only address the medical issue as the incident happened at the Menard C.C.

Grievance Officer finds that per Medical Staff, "After review of I/M medical record, I/M was housed at Menard C.C. and on 9/6/17 I/M was attacked had injuries on his right forearm the wound was cleaned and dressed and MD referral was made. I/M was transferred to Pontiac C.C. on 9/15/17. I/M was seen by RNSC on 10/3/17 for right forearm pain and referred to PA on 10/5/17 and was given Motrin BID. I/M may sign up for RNSC for any further medical needs."

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:**      Medical Issue is MOOT as grievant received medical care. Issue of incident at Menard cannot be addressed by this Grievance Officer.

Anna McBee, CCII
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 12-3-18           ☒ I concur      ☐ I do not concur           ☐ Remand

**Comments:**

Walter Nich (for)
Chief Administrative Officer's Signature                                    12-3-18
                                                                              Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature                     ID#                     Date

EXHIBIT # 4   FRONT & BACK

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

D54

| Date: 10/8/17 | Offender: (Please Print) CALEB CHARLESTON | ID#: M34856 |

| Present Facility: PONTIAC | Facility where grievance issue occurred: MENARD |

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
☒ Staff Conduct ☐ Dietary ☒ Medical Treatment ☐ HIPAA
☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☐ Other (specify): **RECEIVED** STATE...

☐ Disciplinary Report: _____ / _____ / _____
   Date of Report                    Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved): ON 9/6/17 I WAS IN MENARD C.C. LIEUTENANT JOHN DOE#1
SERGEANT JOHN DOE#2, C/O JOHN DOE#3, C/O JOHN DOE#4, C/O JOHN DOE#5, AND C/O
JOHN DOE#6, C/O JOHN DOE#7 All FAILED TO MAKE SURE THAT INMATES FROM 7GALLERY
NORTH UPPER CELL HOUSE WERE SEARCHED AND PATTED DOWN BEFORE ALLOWING INMATES
TO GO ONTO WESTYARD#1 FOR YARD PRIVILEGES.

ONCE ON THE YARD I NOTICED THAT INMATES HAD WEAPONS (SHANKS OR KNIVES)
AND WERE THREATENING TO ATTACK ME. SO I WENT TO THE GATE YARD ENTRANCE WHERE
LIEUTENANT JOHN DOE#8, C/O JOHN DOE#9, C/O JOHN DOE#10, C/O JOHN DOE#11 WERE
STANDING I THEN INFORMED THEM THAT I DIDN'T FEEL SAFE ON WESTYARD#1 BECAUSE
INMATES HAD WEAPONS (SHANKS OR KNIVES) AND WERE TALKING ABOUT HURTING ME AND STABBING

Relief Requested: _____

☐  Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Caleb Charlest _____   M34856   10/8/17
   Offender's Signature           ID#         Date
            (Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: _____ / _____ / _____   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:    A copy of your grievance has been forwarded to the HCU for review and
response and the original grievance has been forwarded to the Grievance Office.

DO NOT send your copy to the HCU or the Grievance Officer. You will receive a
final response when the HCU responds to same.

M. Williams _____   M.L _____   10/5/18
   Print Counselor's Name        Counselor's Signature     Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____   Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance
                                                                                              ☐ No; an emergency is not substantiated.
                                                                                                 Offender should submit this grievance
                                                                                                 in the normal manner.

_____   _____ / _____ / _____
   Chief Administrative Officer's Signature                Date

Distribution: Master File; Offender                Page 1                DOC 0046 (8/2012)
                              Printed on Recycled Paper

ME. JohnDoe#8 Told me to Get off the Gate Before He works me a ticket. I told
Them again that I wasn't safe on the yard and I needed to Get off WestYard#1.
JohnDoe#9, JohnDoe#10 & JohnDoe#11 Laughed at me then told me then
Hope I know How to Fight Because they not going to Help my Black Coward ass.

I then went to the Phone area, so I can Get a spot on one of the Phones.
Moments Later a physical Altercation started then I was attacked and stabbed in my
Right Forearm and cut on my Left arm by a inmate with a Ice Pick.

And as I was Being Stabbed and assaulted JohnDoe#8, JohnDoe#9
JohnDoe#10, JohnDoe#11, C/o JohnDoe#12 that was in watch tower and (10)
C/o JohnDoe's that was Responding to the "10,10" call watched and Recorded
me being physically assaulted and stabbed while I yelled for Help. All of the above
Failed to Protect me from being assaulted and stabbed they All watch from
the outside WestYard#1 Gate. All of the above Failed to Protect me.

Then when I was being handcuffed by C/o Westerman I informed and
complained to Her that I had been stabbed in my Right arm and that I couldn't
move my arm it also showed Her that I couldn't move my Right arm and that
I was severly Bleeding then told Her that I needed Medical Attention, But C/o
Westerman ignored my request for Medical Attention.

I Further complained to Lieutenant J. Shoeneck and Warden Jones about
my injured arm movement the Bleeding that was coming from puncture
wound in armed Warden Jones and Lieutenant J. Shoeneck that I needed
Immediate emergency Medical treatment Lieutenant J. Shoeneck told me I had
to wait and that I should've Got on the Ground and stayed on the Ground like
I was told now I got to suffer, and if I would've Listen He Probably would've
Let C/o Westerman use 2 Restraints and take me straight to Health Care. I witness
Warden Jones Tell/instruct C/o Westerman to cuff me and make sure there
extra tight so I can Learn my Lesson C/o Westerman forced my injured arm
Behind my Back while Twisting and tightly applying the Restraints around my
wrists so tight that the Handcuffs severly Restricted Blood circulation and caused
me more pain to my hands, wrists and arms as excessive Blood to Leak from my stab
wound, I again Requested Medical Attention to C/o Westerman and Warden Jones
But was ignored.

When I was Finally taken to Health Care, I informed and complained to
Nurse Heather McGee that I was stabbed, Bleeding and in pain. Nurse Heather McGee
wiped the Blood from around my wound on my arm then Put a small Bandage over it
and ~~considered gave me~~ Gave me a Tetanus shot.

I then notice that my arm hasn't stop Bleeding and wouldn't stop Bleeding
so I Further informed and complained to Nurse Heather McGee about the Bleeding,
Feeling Light Headed, Dizzy, Having a Headache and about the Pain in my Right arm
Nurse Heather McGee told me there was no Doctor there to examine my injury
and that there was nothing else she could Do for me.

I then told Internal Affairs C/o Wooley who was in the Room with me and Nurse
Heather McGee that I needed adequate Medical Attention But she ignored me while she

OFFENDER'S GRIEVANCE
(CONTINUED)

BEGAN TO TAKE PICTURES OF ME, MY INJURY, AND MY BLOODY CLOTHES.

I WAS THEN PLACED IN SEGREGATION AND COMPLAINED TO C/O McCALEB AND C/O CARON THAT I COULDN'T MOVE MY ARM AND THAT MY ARM WAS BLEEDING EXCESSIVELY AND HURTING AND THAT I NEEDED TO SEE A DOCTOR AND I WAS IGNORED BY BOTH C/O McCALEB AND C/O CARON.

I THEN FURTHER COMPLAINED TO MENTAL HEALTH JANE DOE #23 ABOUT NEEDING MEDICAL ATTENTION WHEN SHE INTERVIEWED WHEN I WAS BROUGHT TO SEGREGATION, BUT SHE IGNORED MY COMPLAINTS AND REQUEST FOR MEDICAL ATTENTION.

THEN AROUND 2PM I WAS TAKEN TO BE INTERVIEWED BY INTERNAL AFFAIRS C/O GARDNER AND I REPEATEDLY REQUESTED MEDICAL ATTENTION WHILE I WAS HANDCUFFED TO THE SEAT IN THE INTERVIEW ROOM WITH ARM STILL BLEEDING AND IN EXTREME PAIN, ALSO I TOLD HIM THAT I HAD A SEVERE HEADACHES. C/O GARDNER TOLD ME HE WASN'T GOING TO GET ME ANY HELP/MEDICAL ATTENTION UNLESS I HELPED HIM WITH HIS INVESTIGATION. I TOLD THAT I SEEN SOME INMATES ON YARD WITH SHANKS/WEAPONS/KNIVES AND I INFORMED LIEUTENANT JOHN DOE #8 C/O JOHN DOE #9, C/O JOHN DOE #10, AND C/O JOHN DOE #11 ABOUT THE INMATES WITH THE WEAPONS AND THAT THEY WERE THREATING TO BEAT MY ASS AND STAB ME UP. HE THEN ENDED THE INTERVIEW AND TOOK ME BACK TO MY CELL STILL DENYING ME MEDICAL ATTENTION.

THE NEXT DAY I COMPLAINED TO C/O McCALEB AND C/O JOHN DOE #24 THAT I NEEDED MEDICAL ATTENTION BUT THEY BOTH IGNORED I COMPLAINED TO C/O JOHN DOE #25 THAT WORKED 2 GALLERY IN NORTH 2 CELL HOUSE ON 11 TO 7 SHIFT THAT I NEED MEDICAL ATTENTION

HANDWRITTEN COPY   DATE 10/8/17

But I was denied. He told I had to ask a C/O on 7 to 3 shift, and that there was nothing he could do for me.

I further complained to the nurses that worked on 9/m/17 on every shift I complained to Nurse Jane Doe #26 Nurse Jane Doe #27, and Nurse Jane Doe #28 that I needed medical attention for my injurys and the pain I was still experiencing. They all denied me medical attention.

Later during the week I was interviewed again by internal affairs C/O Shaun Gee and Internal Affairs C/O Wooley. I immediately asked for medical attention for the continous pain and bleeding of my stab wound, but they denied me. Shaun Gee and Wooley told me that I couldn't give them enough information so they were'nt going to get me any medical attention, and they didn't get me any medical treatment.

I was in Menard seg from 9/6/17 to 9/15/17 and never received adequate medical treatment or medical attention and due to this I suffered from extreme pain bleeding, numbness, swelling and discoloration and I'm still suffering from ongoing shard pain and limited mobility in my right arm. I also have'nt been sleeping and I'm having anxiety/panic attacks, because I'm traumatized from this whole incident.

OFFENDER GRIEVANCE
(CONTINUED)

EXHIBIT #4   3 oF 3

RELIEF REQUESTED:
    FURTHER ACTIONS AT A LATER DATE ALSO
I WOULD LIKE ALL VIDEO RECORDING AND VIDEO
FOOTAGE OF WESTYARD #1 ON 9/6/17 FROM 11AM
TO 12PM TO BE PRESERVED AND I WOULD LIKE
FOR THE PICTURES I.A. C/O WOOLEY TOOK OF ME
MY INJURYS AND MY BLOODY CLOTHES WHEN I
WAS BEING CHECKED AT HEALTH CARE ON 9/6/17
TO BE PRESERVED, AND I BE IMMEDIATELY
BE SENT TO AN OUTSIDE HOSPITAL

DATE
10/18/17

COPY

HANDWRITTEN



Bruce Rauner
Governor

John Baldwin
Acting Director

## The Illinois Department of Corrections

Stateville Correctional Center
Route 53, P.O. Box 112 • Joliet, IL 60434 • (815) 727 -3607 TDD: (800) 526-0844

# M E M O R A N D U M

DATE:     August 7, 2017

TO:       Caleb Charleston – M34856
          Unit X-UE-07

FROM:     Anna McBee, Correctional Counselor II
          Grievance Officer

SUBJECT: GRIEVANCE  #4078

---

The attached grievance is being returned for the following reason:

_____   Only original grievances are accepted by the Grievance Office per DR504. **No copies will be accepted.**

\_\_X\_    It was not filed within 60 days of discovery of the incident, occurrence, or problem which gives rise to the grievance as required in DR 504F, Grievance Procedures for Committed Persons.

_____   Issue needs to be discussed with your counselor for possible resolution.

_____   No issue outlined in grievance.

\_\_\_\_\_   It appears that no attempt has been made to resolve the issue as required by DR 504F.

_____   Issue is currently being reviewed by the Office. *You will receive a copy of the Grievance and decision when it is completed.

_____   Issue previously addressed on. No justification for further action.

_____   Other:

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

EXHIBIT #6

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Wells

| Date: 3.25.18 | Offender: (Please Print) Caleb Charleston | ID#: M34856 |

| Present Facility: Stateville | Facility where grievance issue occurred: Pontiac |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Other (specify):
- ☐ ADA Disability Accommodation
- ☐ HIPAA

☐ Disciplinary Report: _____/_____/_____
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): This grievance is on Pontiac. Grievance Process I filed multiple grievances on Pontiac abt of a incident that happened in Menard Cell on 9.1.17. To date Pontiac staff haven't responded to my grievances, nor have the Springfield responded to. My I sent copies of all my grievances to Springfield and they only sent one back say that it was transferred n/.

**Relief Requested:** I would like for you to look into this problem and properly process my grievances.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Caleb Charleston | M34856 | 3.25.18 |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

Date Received: 4, 2, 18   ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Per Personal Property HC @ Pontiac IC (Dromberg) All personnel property was fforwarded to Stateville. This grievance needs to be address at the institution at which the incident occured.

| L. Marks CO II | [signature] Marks CO II | 4.2.18 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: _____/_____/_____   Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   _____/_____/_____
Chief Administrative Officer's Signature          Date

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

EXHIBIT # 7

10.20.18

Dear Governor Rauner

My name is Caleb Charleston ID# M54856 an I'm a inmate at Stateville Correctional Center. I'm writing you because the Administrative Review Board has refused and is still refusing to respond to a grievance I filed in October of 2017. I've also try'd filing this same grievance in Pontiac Correctional Center in October of 2017 and received no response. I recently filed this same grievance here at Stateville Correctional Center and the response I received was that I didn't file this grievance within 60 days.

Governor Rauner I'm asking you to look into this matter for me. I have attached a copy of the original grievance, a grievance grievancing that fact that the A.R.B has refused to respond to this grievance, also on affidavit supporting the handing of the original grievance, and a copy of my legal card from Pontiac Correction Center showing that I mailed the A.R.B mail on numerous occasion. So Governor Rauner once again I'm asking that you or someone from your office look into this matter for me. Please & Thank you. Sincerely Caleb Charleston

EXHIBIT #15   FRONT & BACK

LW #3

# AFFIDAVIT

I CALEB CHARLESTON ID# M34856 AFFIRMS UNDER PENALTY OF PERJURY THAT I AM COMPETENT TO MAKE THIS AFFIDAVIT. THE FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

I CALEB CHARLESTON HAVE TRIED NUMEROUS WAYS AND TIMES TO EXHAUST MY ADMINISTRATIVE REMEDIES WITH A GRIEVANCE DATED 10.8.17 AND THE NATURE OF THE GRIEVANCE BEING STAFF CONDUCT AND MEDICAL TREATMENT. ON 10.8.17 WHILE IN PONTIAC C.C. I MADE HANDWRITTEN COPIES OF THE GRIEVANCE DESCRIBED ABOVE I PUT ONE OF THOSE COPIES IN A STAMPED ENVELOPE ADDRESSED TO THE "ADMINISTRATIVE REVIEW BOARD IN SPRINGFIELD, IL." AND THEN I PUT ANOTHER COPY OF THE GRIEVANCE IN A BLANK ENVELOPE ADDRESSED "TO COUNSELOR OF 7 gallery NORTH HOUSE". I SEALED BOTH ENVELOPES AND GAVE THEM TO THE C/O THAT COLLECTED MAIL ON 10.8.17 IN PONTIAC C.C. NORTH HOUSE 7 gallery. DURING THE MONTHS THAT FOLLOWED I SENT OTHER THING TO THE A.R.B AND WITH THOSE OTHER THINGS I SENT LETTERS ASKING ABOUT THE GRIEVANCE DESCRIBED ABOVE. AND STILL TO THIS DAY I HAVE NOT RECIEVE ANY RESPONSE TO ANY OF MY LETTERS PRETAINING TO THE GRIEVANCE DESCRIBED ABOVE. I HAVE A COPY

of my legal card with the dates of my out
going and in coming mail to and from the
A.R.B These dates support the fact that I
I tried exhausting my administrative
remedies pretaining to the grievance
described above. This is my statement true
to the best of my knowledge and belief.

I declare under penalty
of perjury. This statement
Is true.
Signed on this 9 day of 21 2018


/s/ Caleb Charleston
Caleb Charleston   ID#M3485
Stateville C.C.
P.O. Box 112
Joliet, IL 60434

M54856 CHARLESTON, CALEB   W512   LEGAL MAIL CARD

| ORGANIZATION | OUTGOING | INCOMING |
|---|---|---|
| 1ST DIST APPELLATE DEFENDER | 10/2/17-11/9/17-1/22/18- | 11/14/17-12/7/17-1/18/18-2/2/18- |
| ARB | 10/2/17-10/11/17-11/7/17-12/22/17-1/5/18-1/30/18-2/14/18-2/16/18- | 11/21/17(2)-2/14/18- |
| JOHN HOWARD ASSOC | 10/4/17- | 10/20/17- |
| YOUNG V COOK CO | 11/14/17- | 2/1/18 (check) |

END OF CARD