IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| CALEB CHARLESTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-764-DWD |
| | ) | |
| ALEX JONES, | ) | |
| JOSHUA SCHOENBECK, | ) | |
| PAMELA WESTERMAN, | ) | |
| SARAH WOOLEY, | ) | |
| JOHN MCCALEB, | ) | |
| CHASE CARON, | ) | |
| JEFFREY GARDINER, | ) | |
| SHAUN GEE, | ) | |
| HEATHER MCGHEE, | ) | |
| PATRICK TROKEY, | ) | |
| CALE YOUNG, | ) | |
| JORDAN REES, | ) | |
| TANGELA OLIVER, and | ) | |
| FRANK LAWRENCE, in his official capacity only, | ) | |
| | ) | |
| Defendants[1]. | ) | |

**ORDER**

**DUGAN, District Judge:**

Now before the Court is the Motion to Dismiss Warden (Doc. 53) filed by Defendant Anthony Wills, Warden of Menard Correctional Center ("Menard"). No responses have been filed to the Motion. Preliminarily, the Court notes that Anthony Wills has replaced Frank Lawrence as the current Warden of Menard and should therefore be substituted. *See* Fed. R. Civ. P. 25(d). However, as Defendant's Motion

---

[1] Defendants' names have been corrected to reflect their full and proper names as provided in Defendants' Answers (Doc. 30, Doc. 52). The Clerk of the Court is **DIRECTED** to correct the docket sheet to reflect Defendants' full names, all as they appear in the above caption.

will be granted, the Court will instead dismiss Defendant Frank Lawrence, in his official capacity, and terminate Defendant from the docket.

Plaintiff Caleb Charleston brings this 42 U.S.C. § 1983 action for alleged violations of the Eighth Amendment following injuries sustained at Menard (Doc. 1, Doc. 10). Plaintiff originally named twelve (12) John Doe Defendants in his Complaint (Doc. 1). On October 2, 2019, John Doe Defendants 1-6 were dismissed without prejudice at screening, and the Warden of Menard, in his official capacity only, was added as a Defendant for the purposes of identifying John Doe Defendants 7-12 (Doc. 10). No substantive claims were brought against the Warden. On July 15, 2020, John Does 7, 8, 10, and 11 were renamed as Defendants Trokey, Young, and Rees, and Oliver, and John Doe 12 was identified as existing Defendant McCaleb (Doc. 40). John Doe 9 was dismissed without prejudice on August 6, 2020 (Doc. 51).

As all John Doe Defendants have now been identified, substituted, or dismissed, the Warden has satisfied his obligation in assisting in the identification of the John Doe Defendants, and is no longer a necessary party in this case. Accordingly, Defendant's Motion to Dismiss (Doc. 53) is **GRANTED**. The Warden is **DISMISSED without prejudice**. The Clerk of Court is **DIRECTED** to terminate Defendant Frank Lawrence, as substituted by Anthony Wills, from the docket, and to correct the names of the remaining Defendants in accordance with footnote 1 of this Order.

SO ORDERED.

Dated: March 17, 2021

DAVID W. DUGAN
United States District Judge